AO 442 (Rev. 11/11) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
**Jan 20, 2026 3:26 PM**
Lucy H. Carrillo, Clerk of Court

UNITED STATES OF AMERICA

WARRANT FOR ARREST

V.

Case Number: CR 25-00100 SASP

DALLAS POKORNIK

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST <u>DALLAS POKORNIK</u> and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment, charging him or her with (brief description of offense)

Counts 1 & 2: Wire Fraud

- in violation of Title 18 United States Code, Section(s) 1343

| | |
|---|---|
| Date: October 2, 2025 | Lucy H. Carrillo, Clerk of Court |
| | Name and Title of Issuing Officer |
| Location: Honolulu, Hawaii | /S/Lucy H. Carrillo by deputy clerk EA |
| | Prepared/Signed By: |

By: Rom Trader, United States Magistrate Judge

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at <u>Honolulu International Airport</u>.

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/17/2025 | Matthew Mitchell, HSI Special Agent | |
| Date of Arrest | | |
| 1/15/2026 | | |