ORIGINAL

KENNETH M. SORENSON
United States Attorney
District of Hawaii

MICHAEL NAMMAR
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: michael.nammar@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 04 2026
at 3 o'clock and 40 min. P M
Lucy H. Carrillo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. DALLAS POKORNIK, Defendant. | Case No. CR 25-00100 SASP<br><br>GOVERNMENT'S SENTENCING STATEMENT; CERTIFICATE OF SERVICE |

GOVERNMENT'S SENTENCING STATEMENT

The United States of America has received and reviewed the proposed Presentence Report. The United States has no amendments or modifications to note thereto, and it presently has no other factual information relevant to the areas addressed in the proposed Presentence Report.

DATED: November 4, 2026, at Honolulu, Hawaii.

KENNETH M. SORENSON
United States Attorney
District of Hawaii

MICHAEL NAMMAR
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

Melinda Yamaga, Esq.
Melinda_Yamaga@fd.org

Attorney for Defendant
DALLAS POKORNIK

Served by Email:

U.S. PROBATION OFFICE
Attn: Cheyenne McKee
300 Ala Moana Boulevard, Room 2-300
Honolulu, Hawaii 96850

DATED: November 4, 2026, at Honolulu, Hawaii.

U.S. Attorney's Office
District of Hawaii